# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **QUYNN FOLKS** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | CAUSE NO. 4:20-CV-3165 |
| **UNIVERSITY OF HOUSTON** | § | |
| *Defendant.* | § | |
| | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Defendant, University of Houston ("UOH") file this Certificate of Interested Persons and certify the following to be all persons, associations of persons, firms, partnerships, corporations' affiliates, parent corporations or other legal entities known to them to be financially interested in the outcome of this case:

1. Plaintiff Quynn Folkes

2. Nathan E. Inurria
   George K. Farah
   Farah Law Group PLLC

3. University of Houston

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

*/s/ Rola Daaboul*
**Rola Daaboul**
Texas Bar No. 24068473
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1322
FAX: (512) 320-0667
e-mail: rola.daaboul@oag.texas.gov
*ATTORNEYS FOR DEFENDANT*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on this the 5th day of November 2020, to:

Nathan E. Inurria
George K. Farah
Farah Law Group, PLLC
1211 Hyde Park Blvd.
Houston, Texas 77006
(713) 529-6606
(713) 529-6605
gkf@glawoffices.com
nei@glawoffices.com

*/s/ Rola Daaboul*
Rola Daaboul
Assistant Attorney General