United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUYNN FOLKES, § § § Plaintiff, § § v. § § UNIVERSITY OF HOUSTON. § § Defendant. § § § § | Civil Action No. H-20-3165 |

## FINAL JUDGMENT

Because the Court has granted summary judgment for Defendant University of Houston on all claims asserted in this lawsuit by Plaintiff Quynn Folkes, the Court hereby

**ORDERS** that Plaintiff Quynn Folkes's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __15__ day of October, 2021.

DAVID HITTNER
United States District Judge